UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NINTU XI GILMORE-BEY,<br><br>               Plaintiff,<br><br>v.<br><br>DEBORAH M. SCHNEIDER, *et al.*,<br><br>               Defendants. | Case No. 24-cv-10689<br>Honorable Robert J. White<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER TO APPEAR AT HEARING**

In addition to the discovery motions already pending, Plaintiff Nintu Xi Gilmore-Bey has filed five new motions. ECF No. 68; ECF No. 69; ECF No. 70; ECF No. 71; ECF No. 72. The Honorable Robert J. White referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 26.

The parties must appear for a hearing on Gilmore-Bey's motions on **March 26, 2025, at 10:30 a.m.** Although Gilmore-Bey claims that she did not timely receive notice of the last hearing, the notice was mailed to her mailing address and was not returned to the Court as undelivered. ECF No. 61. If Gilmore-Bey fails to appear for the March 26 hearing, she may

be sanctioned, including with a recommendation of involuntary dismissal of the case.

s/Elizabeth A. Stafford  
ELIZABETH A. STAFFORD  
United States Magistrate Judge

Dated: March 14, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 14, 2025.

s/Davon Allen  
DAVON ALLEN  
Case Manager