UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NINTU XI GILMORE-BEY,<br><br>Plaintiff,<br><br>v.<br><br>DEBORAH M. SCHNEIDER, *et al.*,<br><br>Defendants. | Case No. 24-cv-10689<br>Honorable Robert J. White<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER TO CONFIRM MAILING ADDRESS

On April 2, 2025, the Court received notice that its March 14, 2025, order mailed to Plaintiff Nintu Xi Gilmore-Bey was returned as undeliverable, as the address was vacant. ECF No. 91. Gilmore-Bey was notified of her obligation to notify the Court of an address change. ECF No. 4. By April 11, 2025, Gilmore-Bey must file written notice confirming her mailing address. Failure to comply may result in a recommendation to dismiss the case for failure to prosecute. E.D. Mich. LR 11.2; *Yeschick v. Mineta*, 675 F.3d 622, 630 (6th Cir. 2012).

                                                s/Elizabeth A. Stafford
                                                ELIZABETH A. STAFFORD
                                                United States Magistrate Judge

Dated: April 4, 2025

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 4, 2025.

> s/Davon Allen
> DAVON ALLEN
> Case Manager