UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NINTU XI GILMORE-BEY,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DEBORAH M. SCHNEIDER, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 24-cv-10689<br>Honorable Robert J. White<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING AS MOOT PLAINTIFF'S MISCELLANEOUS MOTIONS (ECF NOS. 68, 69, 84, 103, 104, 105, 117, 120)**

Plaintiff Nintu Xi Gilmore-Bey moves for relief from various orders, to compel discovery, to deem responses to requests to admit as admitted, and for summary judgment.  ECF No. 68; ECF No. 69; ECF No. 84; ECF No. 103; ECF No. 104; ECF No. 105; ECF No. 117; ECF No. 120.  Given the Court's recommendation to dismiss the action, these motions are **DENIED** as moot.

　　　　　　　　　　　　　　　　　s/Elizabeth A. Stafford
　　　　　　　　　　　　　　　　　ELIZABETH A. STAFFORD
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: May 29, 2025

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 29, 2025.

>
> s/Davon Allen
> DAVON ALLEN
> Case Manager