UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| NINTU XI GILMORE-BEY, <br><br> Plaintiff, <br><br> v. <br><br> MED-NATIONAL STAFFING SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 24-cv-10689 <br><br> Honorable Robert J. White <br> Magistrate Judge Elizabeth A. Stafford |

**ORDER (1) OVERRULING PLAINTIFF'S OBJECTION AND (2) AFFIRMING THE MAGISTRATE JUDGE'S ORDER**

Before the Court is Plaintiff's objection (ECF No. 137) to Magistrate Judge Elizabeth A. Stafford's order (ECF No. 131) (1) entered following the magistrate judge's recommendation to dismiss Plaintiff's case with prejudice and (2) denying as moot various pretrial motions filed by Plaintiff.

District courts may "reconsider" a magistrate judge's decision on a non-dispositive "pretrial matter" only if it is "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a). "A factual finding is clearly erroneous when, although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." *Bisig v. Time Warner Cable, Inc.*, 940 F.3d 205, 219 (6th Cir. 2019)

(cleaned up). "An order is contrary to the law when it fails to apply or misapplies relevant statutes, case law, or rules of procedure." *Id.* (cleaned up).

The Court reviewed the magistrate judge's order denying Plaintiff's motions as moot, the relevant portions of the record, and Plaintiff's objection, and the magistrate judge's ruling is not "clearly erroneous or contrary to law."

Accordingly,

IT IS ORDERED that Plaintiff's objection (ECF No. 137) is OVERRULED.

IT IS FURTHER ORDERED that the magistrate judge's order denying Plaintiff's motions as moot (ECF No. 131) is AFFIRMED.

Dated: June 23, 2025                    s/Robert J. White
                                        Robert J. White
                                        United States District Judge